IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02630-ZLW-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$73,849.91 SEIZED FROM COLORADO BUSINESS BANK
IN THE NAME OF STADIUM AUTO PARTS,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss Forfeiture Action (Doc. # 8). Based upon the facts and verification set forth in the Verified Complaint, and with the concurrence of Stadium Auto Parts, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of the defendant property and a Certificate of Reasonable Cause shall issue.

Therefore, pursuant to Fed. R. Civ. P. 41(a)(2) it is

ORDERED that Plaintiff's Unopposed Motion to Dismiss Forfeiture Action (Doc. No. 8; Jan. 16, 2009) is Granted. It is

FURTHER ORDERED that this case and cause of action is dismissed with prejudice, the parties to pay their own costs and attorney fees. It is

FURTHER ORDERED that this Order of Dismissal shall serve as a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465(a)(2).

DATED at Denver, Colorado, this 28th day of January, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court